FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2003 DEC 24  PM 1: 36

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| MARDI GRAS ZONE, L.L.C. | * | CIVIL ACTION NO. |
| Plaintiff | * | |
| | * | SECTION " "    03-3594 |
| VERSUS | * | |
| | * | MAGISTRATE ( )   SECT. B MAG. 2 |
| ERICSON GROUP, INC | * | |
| Defendant | * | JURY TRIAL REQUESTED |
| *    *    *    *    *    *    * | | |

## PETITION AND OPEN ACCOUNT AND FOR DAMAGES

I.

The Complaint of Mardi Gras Zone, L.L.C. d.b.a. Mardi Gras Zone is a Louisiana

Limited Liability Company organized under the laws of the State of Louisiana having its

principal place of business in the State of Louisiana and the defendant is Ericson Group, Inc. a

corporation organized under the laws of a state other that a state of Louisiana.

II.

The matter in controversy exceeds exclusive of interest and costs in excess of $75,000.

III.

Jurisdiction herein is founded under diversity of citizenship 28 U.S.C. Section 1332.

Fee___150.___
✓ Process_____
X  Dktd._____
___ CtRmDep_____
___ Doc. No._____

Count 1. IV.

The defendant is indebted to the plaintiff in the sum of $135,082.19 together with attorney fees to be established by the Court and interest from the date of the statement of accounts of November 3, 2003 and February 25, 2003 on an open account reflected on a statement of account attached hereto as Exhibit A in the sum of $133,242.19 and a single invoice attached hereto as Exhibit B in the sum of $100,840 for merchandise sold to the defendant and shipped to the defendant at Memphis, Tennessee and to Las Vegas, Nevada pursuant to orders made by the defendant by mail and confirmed by telephone calls made to the plaintiff, emails and other correspondence.

V.

Venues and Jurisdiction are established over the defendant by reason of the fact that the defendant placed orders in the mail and by email and telephone calls to the plaintiff in New Orleans, Louisiana at plaintiff's principle place of business.

VI.

This suit is brought under the Louisiana Long Arm Statute LSA-R.S. 13:3201 in that the defendant has transacted business in the State of Louisiana by sending orders for merchandise to the plaintiff appearing in New Orleans for the purposes of transacting business and requesting or shipment of merchandise to defendant, contracting to obtain merchandise from the plaintiff in New Orleans, instructing and having the plaintiff pick up merchandise for credit at Harrah's Casino in New Orleans where the defendant has shipped merchandise previously shipped to it by plaintiff.

Count 2. VII.

In addition to the merchandise that was shipped to the defendant represented by the statement of account and invoice Exhibits A and B herein above set forth, the defendant is also indebted to the plaintiff for breach of contract in connection with the defendant's order and cancellation of approximately 140,000 beads consisting of two containers at a cost of $70,000 together with the allocable cost of the molds that were made for those two containers of beads in the sum of $30,000.

Wherefore the plaintiff, Mardi Gras Zone, L.L.C. prays that there be judgment herein in the full sum of $135,082.19 together with interest from the date of the statements of account herein and attorney fees pursuing to LSA-R.S. 9:2781 and in addition for the sum of $100,000 for the cancellation of orders for two containers of approximately 140,000 dozen beads and for all general and equitable relief.

Respectfully Submitted,

**WESSEL & ASSOCIATES**
**A LAW CORPORATION**

WILLIAM F. WESSEL (#8551)
127 Camp Street
New Orleans, LA 70130
Telephone (504) 568-1112
Attorney for the Plaintiff,
Mardi Gras Zone, L.L.C.

Service    -    By registered mail return receipt to
Ericson Group, Inc.
400 N. Front Street
Memphis, TN 38103



# Statement

| | DATE |
|---|---|
| | 11/3/2003 |

**2706 Royal Street**
**New Orleans, LA 70117**
(504) 947-8787
Fax: (504) 947-8788

TO:

Encson Group Inc.
400 N. Front Street
Memphis, TN 38103

| | AMOUNT DUE | AMOUNT ENC. |
|---|---|---|
| | $133,242.19 | |

| DATE | TRANSACTION | AMOUNT | BALANCE |
|---|---|---|---|
| 04/30/2003 | Balance forward | | 0.00 |
| 05/07/2003 | PMT #7100 | -10,000.00 | -10,000.00 |
| 06/05/2003 | INV #16852 - VOID: | 0.00 | -10,000.00 |
| 06/09/2003 | INV #16856 #1 | 17,544.00 | 7,544.00 |
| 06/09/2003 | PMT #7434 - 16856 | -17,544.00 | -10,000.00 |
| 06/17/2003 | INV #16857 #2 | 17,891.62 | 7,891.62 |
| 06/17/2003 | INV #16857-A | 534.80 | 8,426.42 |
| 06/18/2003 | PMT #Wire Tranfr - 16857 | -17,891.62 | -9,465.20 |
| 06/24/2003 | INV #16873 #3 | 20,752.80 | 11,287.60 |
| 07/02/2003 | INV #16874 #4 | 39,901.20 | 51,188.80 |
| 07/11/2003 | INV #16896 #5 | 37,467.86 | 88,656.66 |
| 07/16/2003 | PMT #Wire Transf | -10,990.22 | 77,666.44 |
| 07/22/2003 | INV #15950 #6 | 6,428.22 | 84,094.66 |
| 07/28/2003 | CREDMEM #17242 | -7,727.86 | 76,366.80 |
| 07/29/2003 | INV #17801 #7 | 37,467.86 | 113,834.66 |
| 07/31/2003 | CREDMEM #17853 | -24,654.28 | 89,180.38 |
| 07/31/2003 | CREDMEM #17854 | -3,000.00 | 86,180.38 |
| 07/31/2003 | CREDMEM #4217 | -1,337.00 | 84,843.38 |
| 08/01/2003 | INV #17244 | 0.00 | 84,843.38 |
| 08/08/2003 | CREDMEM #17856 | -1,050.00 | 83,793.38 |
| 08/08/2003 | CREDMEM #080803 | -12,684.12 | 71,109.26 |
| 08/13/2003 | INV #17858 #8 | 39,446.62 | 110,555.88 |
| 08/22/2003 | PMT #Wire Transf - 17858 #8 | -34,396.44 | 76,159.44 |
| 09/08/2003 | INV #17816 #9 | 39,366.40 | 115,525.84 |
| 09/19/2003 | INV #FC 5268 - Finance Charge | 5,032.23 | 120,558.07 |
| 11/03/2003 | INV #19002 | 12,684.12 | 133,242.19 |

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | AMOUNT DUE |
|---|---|---|---|---|---|
| 0.00 | 0.00 | 44,398.63 | 5,050.18 | 83,793.38 | $133,242.19 |

*Ex A*

**Mardi Gras Zone**

2706 Royal Street
New Orleans, LA 70117

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 2/25/2003 | 13464 |

| BILL TO | SHIP TO |
|---------|---------|
| Ericson Group Nevada<br>1525 East Sunset Road<br>Suite 4<br>Las Vegas, NV 89119 | Fitzgeralds Casino<br>Eddie Rodriguez<br>301 Fremont Street<br>Las Vegas, NV 89101 |

| P.O. NUMBER | TERMS | REP | SHIP DATE | VIA | PHONE # | SALES CAT. |
|-------------|-------|-----|-----------|-----|---------|------------|
| 50021 | Net 30 | KBD | 2/25/2003 | UPS | 702-388-2420 | W |

| QUANTITY | ITEM CODE | DESCRIPTION | PRICE EACH | AMOUNT |
|----------|-----------|-------------|------------|--------|
| 84 | 6113IS-48 | Irish Pride (dz) | 15.00 | 1,260.00T |
| 3 | 611/JE | Hand Painted Ceramic Jester Beads Black (dz) | 24.00 | 72.00T |
| 3 | 611/JE | Hand Painted Ceramic Jester Beads White (dz) | 24.00 | 72.00T |
| 3 | 611/JE | Hand Painted Ceramic Jester Beads Red (dz) | 24.00 | 72.00T |
| 3 | 611/JE | Hand Painted Ceramic Jester Beads Purple (dz) | 24.00 | 72.00T |
| 6 | 611/JE | Hand Painted Ceramic Jester Beads Green (dz) | 24.00 | 144.00T |
|  | S&H | Shipping and Handling | 148.00 | 148.00 |

| | |
|---|---|
| **Subtotal** | $1,840.00 |
| **Sales Tax (0.0%)** | $0.00 |
| **Total** | $1,840.00 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $1,840.00 |

1.5% interest added to outstanding balance following due
date and to each month of remaining balance thereafter

*Ex B*